ORIGINAL



FILED IN CHAMBERS
U.S.D.C. Atlanta
MAY - 8 2012
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERRANCE ANDERSON,<br>aka Lance Gerrol House,<br>aka Kevin Mosely,<br>aka "Scooby",<br>aka Michael Damon Cowens,<br>aka Michael Damon | CRIMINAL INDICTMENT<br><br>NO. 1:12-CR-148 |

THE GRAND JURY CHARGES THAT:

COUNT ONE

Beginning in and around February, 2008, and continuing until August 20, 2008, in the Northern District of Georgia and elsewhere, the defendant, TERRANCE ANDERSON, aka Lance Gerrol House, aka Kevin Mosely, aka "Scooby", aka Michael Damon Cowens, aka Michael Damon, did knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely "K.B.," knowing and in reckless disregard of the fact that "K.B." had not attained the age of 18 years, and would be caused to engage in a commercial sex act, all in violation of Title 18, United States Code, Sections 1591(a) and (b)(2).

## COUNT TWO

Beginning in and around February, 2008, and continuing until August 20, 2008, in the Northern District of Georgia and elsewhere, the defendant, TERRANCE ANDERSON, aka Lance Gerrol House, aka Kevin Mosely, aka "Scooby", aka Michael Damon Cowens, aka Michael Damon, an individual required by Federal and other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 1591(a)(1), as charged in Count One of this indictment, all in violation of Title 18, United States Code, Section 2260A.

A \_\_\_\_TRUE\_\_\_\_ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

YONETTE SAM-BUCHANAN
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 623455

SUSAN COPPEDGE
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 187251

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000
404/581-6181 (facsimile)

*Yvette Buchanan for*

KARIMA G. MALONEY
U.S. DEPARTMENT OF JUSTICE, DEPUTY CHIEF
CIVIL RIGHTS DIVISION, CRIMINAL SECTION
601 D Street, N.W., Room 5200
Washington, DC 20004
202/307/3212 (telephone)
202/514-8336 (facsimile)
Texas Bar No. 24041383