ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 1 5 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL INDICTMENT |
| v. : | |
| : | NO. 1:12-CR-148 |
| TERRANCE ANDERSON, : | Superseding |
| aka Lance Gerrol House, : | |
| aka "Scooby" : | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Beginning in and around February 2008 and continuing through August 2008, in the Northern District of Georgia and elsewhere, the defendant, TERRANCE ANDERSON, aka Lance Gerrol House, aka "Scooby", did knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely "K.B.," knowing that "K.B." had not attained the age of 18 years, and would be caused to engage in a commercial sex act, all in violation of Title 18, United States Code, Sections 1591(a) and (b)(2).

### COUNT TWO

In and around December 2011, in the Northern District of Georgia and elsewhere, the defendant, TERRANCE ANDERSON, aka Lance Gerrol House, aka "Scooby", did knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means, in and affecting interstate commerce, "A.C." knowing and in reckless disregard of the fact that means of force,

threats of force, fraud, coercion and any combination of such means would be used to cause "A.C." to engage in a commercial sex act, all in violation of Title 18, United States Code, Sections 1591(a) and (b)(1).

## COUNTS THREE through SIX

On or about the dates identified below as to each count, in the Northern District of Georgia and elsewhere, the defendant, TERRANCE ANDERSON, aka Lance Gerrol House, aka "Scooby", did knowingly transport the minor correspondingly identified below, who had not attained the age of 18 years, in interstate commerce, with the intent that the minor engage in prostitution and any sexual activity for which any person can be charged with a criminal offense:

| COUNT | VICTIM | DATES |
| --- | --- | --- |
| 3 | K.B. | In or about April 2008 (Florida) |
| 4 | K.B. | In or about July 2008 (Florida) |
| 5 | T.B. | On or about September 1, 2011 (Georgia) |
| 6 | T.B. | On or about September 3, 2011 (Virginia) |

All in violation of Title 18, United States Code, Section 2423(a).

## COUNTS SEVEN through FOURTEEN

On or about the dates identified below as to each count, in the Northern District of Georgia and elsewhere, the defendant, TERRANCE ANDERSON, aka Lance Gerrol House, aka "Scooby", did knowingly transport the female correspondingly identified below, in interstate and foreign commerce, with the intent that the female listed below engage in prostitution:

2

| COUNT | VICTIM | DATES |
|---|---|---|
| 7 | K.B. | In or about September 2009 (Hawaii) |
| 8 | R.M. | In or about September 2009 (Hawaii) |
| 9 | W.W. | In or about September 2009 (Hawaii) |
| 10 | K.B. | In or about June 2010 (Virginia) |
| 11 | K.B. | In or about December 2010 (Massachusetts) |
| 12 | K.B. | In or about February 2011 (Colorado) |
| 13 | A.C. | In or about December 2011 (Virginia) |
| 14 | T.B. | In or about December 2011 (Virginia) |

All in violation of Title 18, United States Code, Section 2421.

## COUNT FIFTEEN

On or about May 14, 2012, in the Northern District of Georgia, the defendant, TERRANCE ANDERSON, aka Lance House, aka Scooby, having been convicted of the following felony offenses on or about June 14, 2002, in U.S. District Court in the Northern District of Georgia, that is:

1) using facilities in interstate commerce to carry on prostitution, for acts that occurred from on or about 1997 to May 2001; and

2) possession of a firearm by a convicted felon, for acts that occurred on or about November 29, 2000;

the aforesaid convictions being for crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce, that is a Taurus .45

3

caliber pistol bearing serial number NCV06809, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIXTEEN

Beginning in and around February 2008 and continuing through August 2008, in the Northern District of Georgia and elsewhere, the defendant, TERRANCE ANDERSON, aka Lance Gerrol House, aka "Scooby", an individual required by Federal and other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 1591, as charged in Count One of this indictment, all in violation of Title 18, United States Code, Section 2260A.

## COUNT SEVENTEEN

Beginning in and around April 2008 and continuing through on or about July 2008, in the Northern District of Georgia and elsewhere, the defendant, TERRANCE ANDERSON, aka Lance Gerrol House, aka "Scooby", an individual required by Federal and other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 2423(a), as charged in Counts Three and Four of this indictment, all in violation of Title 18, United States Code, Section 2260A.

## COUNT EIGHTEEN

In or about September 2011, in the Northern District of Georgia and elsewhere, the defendant, TERRANCE ANDERSON, aka Lance Gerrol House, aka "Scooby", an individual required by Federal and other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 2423(a), as charged in Counts Five and Six of this indictment, all in violation of Title 18, United States Code, Section 2260A.

A  TRUE  BILL

*Steven A. Cousins*
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

*Susan Coppedge*
SUSAN COPPEDGE
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 187251
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6250
404/581-6181 (facsimile)

*Karima G. Maloney*
KARIMA G. MALONEY
U.S. DEPARTMENT OF JUSTICE, DEPUTY CHIEF
CIVIL RIGHTS DIVISION, CRIMINAL SECTION
601 D Street, N.W., Room 5200
Washington, DC 20004
202/307-3212 (telephone)
202/514-8336 (facsimile)
Texas Bar No. 24041383

# CRIMINAL CHARGES FILED

TODAY'S DATE: 1/15/13           DATED CHARGES FILED: 1/15/13

USAO #: 2012R00036              **FILED IN OPEN COURT**
                                U.S.D.C. - Atlanta

CAPTION: U.S. V. TERRANCE ANDERSON

COURT NUMBER: _____    PSN Case: __          JAN 1 5 2013

                                                JAMES N. HATTEN, Clerk
                                                By: _____
DISTRICT/MAGISTRATE JUDGE: _____  Deputy Clerk

**REMINDER: FORWARD AN ELECTRONIC COPY OF INDICTMENT/INFORMATION TO USAGAN-Indictments Informations**

| DEFENDANT'S NAME & SEQUENCE (1, 2, etc) IN LIONS | Praecipe | Req. for Argn. | CHARGE 18:1591(a) and (b)(2) | CHARGE 18:1591 (a) & (b)(1) | CHARGE 18:2423 (a) | CHARGE 18:2421 | CHARGE 18:922 (g)(1) | CHARGE 18:2260A |
|---|---|---|---|---|---|---|---|---|
| Terrance Anderson aka Lance Gerrol House aka "Scooby" | | X | Count One | Count Two | Counts Three through Six | Counts Seven through Fourteen | Count Fifteen | Count Sixteen, Seventeen & Eighteen |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

CHARGE TYPE (Circle)

CO -   COMPLAINT                SN3 -   SUPR INDICTMENT 3
**(IN -   INDICTMENT)**         SN4 -   SUPR INDICTMENT 4
IF -   INFORMATION              R2 -    RULE 20
CI -   CITATION                 SF -    SUPR INFORMATION 1
SN -   SUPR INDICTMENT 1        SF2 -   SUPR INFORMATION 2
SN2 -  SUPR INDICTMENT 2        SF3 -   SUPR INFORMATION 3
                                SF4 -   SUPR INFORMATION 4

*INDICTMENT/INFORMATION/COMPLAINT/ETC.*
*IS UNDER SEAL ___ YES  _X_ NO*

(CIRCLE ONE):   MISDEMEANOR   **(FELONY)**

PREPARED BY: Kathy Robinson
AUSA: Susan Coppedge

**THIS MATTER HAS VICTIMS** __X__ YES  ____ NO
Are there organizational victims? _____ Yes  _____ No